IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOLANGE CHADDA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 06-4847 |
| THE BOARD OF ELECTIONS, et al. | : | |

### ORDER

The Plaintiff, Solange Chadda, appearing pro se, has filed with this Court a Complaint and related papers naming the "Board of Elections Harrisburg, Pa." and "Bob Casey" as Defendants. Summonses have been issued, but the Court does not know whether Defendants have yet been served with process. Plaintiff requests an ex parte hearing and certain relief granted ex parte relating to the upcoming U.S. senatorial elections scheduled for November 6, 2006. It is hereby ORDERED as follows:

1. Plaintiff's request for an ex parte hearing and/or ex parte relief is DENIED.

2. The Court will hold a hearing on this matter on Thursday, November 2, 2006 at 10:00 a.m. in Courtroom 3A.

3. Plaintiff shall give appropriate notice to the Defendants of this hearing.

BY THE COURT:

s/Michael M. Baylson

Date:   10/31/06

Michael M. Baylson, U.S.D.J.

O:\Orders - Civil\Chadda v. Board of Elections 06-4847 Order 10-31-06.wpd